United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 25-15260-amc

NCK Equipment Co., Inc.                                                                              Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: 139 | Total Noticed: 14 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | NCK Equipment Co., Inc., 196 W Ashland St, Doylestown, PA 18901-4040 |
| 15088325 | + | David's Cookies, 28 Industrial Rd, Fairfield, NJ 07004-3024 |
| 15088326 | + | Design Plastic Systems, 2560 Boulevard of the Generals, Norristown, PA 19403-3657 |
| 15088327 | + | G&F Manufacturing, 5555 W 109th Street, Oak Lawn, IL 60453-5070 |
| 15088328 | + | GEA Tuchenhagen, PO Box 07101-5060 |
| 15088331 | | Mark Hanson, Re: Bankruptcy, 1540 Duff Land Dr, Landisville, PA 17538-1343 |
| 15088332 | + | Misco Products, Corp., Re: Bankruptcy, 1048 Stinson Dr, Reading, PA 19605-9440 |
| 15088334 | + | Pentair Flow Technologies, LLC, 5500 Wayzata Boulevard Suite 900, Minneapolis, MN 55416-3573 |
| 15088336 | + | Sterling, 5500 Interstate North Parkway Suite 515, Atlanta, GA 30328-5835 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 18 2026 01:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Mar 18 2026 05:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15088330 | Email/Text: payroll_bankruptcy@intuit.com | Mar 18 2026 01:52:00 | Intuit Inc., Re: Bankruptcy, 2700 Coast Avenue, Mountain View, CA 94043 |
| 15088329 | EDI: IRS.COM | Mar 18 2026 05:48:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15088333 | EDI: PENNDEPTREV | Mar 18 2026 05:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15088335 | ##+ | Protectoplas, 3500 Crane Center Drive, Streetsboro, OH 44241-5074 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Mar 17, 2026                          Form ID: 139                                    Total Noticed: 14

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor NCK Equipment Co.  Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:  NCK Equipment Co., Inc.
196 W Ashland St
Doylestown, PA 18901−4040

Debtor(s)                                          Case No: 25−15260−amc

                                                   Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
20−8513274

_____

### *NOTICE OF NEED TO FILE PROOF OF CLAIM*
### *DUE TO RECOVERY OF ASSETS*

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 6/22/26

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

                                   For The Court

                                   Mohung Wong
                                   Clerk of Court

**Date:** March 17, 2026

                                                   11
                                                   Form 139