**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

NCK Equipment Co., Inc.,                    Chapter 7

        Debtor                          Case No.25-15260

### PRAECIPE TO AMEND ADDRESS

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 196 W. Ashland Street, PMB #56<br>Doylestown, PA 18901 | 100 Parcview Place, Apt. 422<br>Somerville, NJ 08876 |

Date:  May 4, 2026                CIBIK LAW, P.C.
                                  Attorney for Debtor

                                  By: /s/ Michael A. Cibik
                                       Michael A. Cibik, Esquire
                                       Attorney I.D. 23110
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       P: 215-735-1060/F: 215-735-6769
                                       E:  cibik@cibiklaw.com