MASANO ♦ BRADLEY
By: Karen H. Cook, Esquire
Attorney Identification No. 47110
875 Berkshire Boulevard, Suite 100
Wyomissing, Pennsylvania   19610
(610) 372-7700                                                    Attorneys for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : BANKRUPTCY NO. 25-15260-amc |
| NCK EQUIPMENT CO., INC., | : |
| | : |
| Debtor | : |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(B)**
**AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

Kindly enter our appearance on behalf of Misco Products Corporation, creditor herein; and

please serve the undersigned with a copy of all notices and papers in the above-captioned Chapter 7

proceeding, including any notices specified under Bankruptcy Rule 2002, at the address given above.

MASANO ♦ BRADLEY

By: _____
Karen H. Cook, Esquire
Attorneys for Creditor

MASANO ♦ BRADLEY
By:  Karen H. Cook, Esquire
Attorney Identification No. 47110
875 Berkshire Boulevard, Suite 100
Wyomissing, Pennsylvania   19610
(610) 372-7700                                                        Attorneys for Creditor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 7
                                                    : BANKRUPTCY NO. 25-15260-amc
NCK EQUIPMENT CO., INC.,                            :
                                                    :
                Debtor                              :

## CERTIFICATE OF SERVICE

I certify that I am this day serving a copy of the Notice of Appearance Under Bankruptcy Rule 9010(b) and Request for Notices Under Bankruptcy Rule 2002 upon the persons and in the manner indicated below.  Service via electronically, as follows:

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney for Debtors

Robert W. Seitzer, Esquire
1900 Spruce Street,
Philadelphia, PA 19103
Chapter 7 Trustee

United States Trustee
Office of the United States Trustee
Robert N.C. Nix, Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
U.S. Trustee

MASANO ♦ BRADLEY

Dated: June 19, 2026          By:  _____
                                   Karen H. Cook, Esquire
                                   Attorneys for Creditor, Misco Products Corporation