**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on June 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Asterion, Inc. as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 (the "Application") and

- Notice of Application and Response Deadline.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

CHAPTER 7 TRUSTEE FOR THE ESTATE OF
NCK EQUIPMENT CO., INC.

By:___/s/ Robert W. Seitzer_____
Robert W. Seitzer

*Chapter 7 Trustee*

Dated: June 22, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

Karen H. Cook, Esquire
Masano Bradley
875 Berkshire Boulevard, Suite 100
Wyomissing, PA 19610
*Counsel to Misco Products Corporation*

**VIA E-MAIL**

Asterion, Inc.
Attn: Stephen J. Scherf
1617 JFK Boulevard, Suite 1040
Philadelphia, PA 19103
sscherf@asterion-consulting.com
*Proposed Accountant to the Chapter 7 Trustee*