### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

### CERTIFICATION OF SERVICE

I, Robert W. Seitzer, Esquire, certify that on June 30, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Certificate of No Objection, Answer or Other Responsive Pleading to the Application of Robert W. Seitzer, Chapter 7 Trustee, to Employ Asterion, Inc. as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

KARALIS PC

By:___/s/ Robert W. Seitzer_____
    ROBERT W. SEITZER

*Counsel to the Trustee*

Dated: June 30, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

Karen H. Cook, Esquire
Masano Bradley
875 Berkshire Boulevard, Suite 100
Wyomissing, PA 19610
*Counsel to Misco Products Corporation*

**VIA E-MAIL**

Asterion, Inc.
Attn: Stephen J. Scherf
1617 JFK Boulevard, Suite 1040
Philadelphia, PA 19103
sscherf@asterion-consulting.com
*Proposed Accountant to the Chapter 7 Trustee*