**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee

(the "Trustee"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327

and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that Asterion has no

interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to

be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby

**ORDERED** that:

1.      The Trustee is authorized to employ Asterion as accountants for the purpose of

providing the services as described in the Application and upon the terms and conditions therein

set forth.

2.      Asterion shall be entitled to be compensated for its services at the rates set forth in

the Application and exhibit, as well as reimbursement of out of pocket expenses.

3.      Asterion's fees are subject to and conditioned upon the approval of this Court

pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19

F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

Dated: July 7, 2026

_____
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE