United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 25-15260-amc

NCK Equipment Co., Inc. | Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2

Date Rcvd: Jul 08, 2026 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol         Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  NCK Equipment Co., Inc., 100 Parcview Place, Apt. 422, Somerville, NJ 08876-3070
acc                  +  Asterion, Inc., 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103-1810

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

**Name                    Email Address**

KAREN H. COOK
                        on behalf of Creditor MISCO PRODUCTS CORPORATION kcook@masanobradley.com  JHolguin@masanobradley.com

MICHAEL A. CIBIK
                        on behalf of Debtor NCK Equipment Co.  Inc. help@cibiklaw.com,
                        noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

ROBERT W. SEITZER
                        rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
                        on behalf of Accountant Asterion  Inc. rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com

ROBERT W. SEITZER
                        on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

District/off: 0313-2                                  User: admin                                          Page 2 of 2

Date Rcvd: Jul 08, 2026                              Form ID: pdf900                                  Total Noticed: 2

ROBERT W. SEITZER
                    on behalf of Plaintiff Robert W. Seitzer rseitzer@karalislaw.com  jhysley@karalislaw.com;PA93@ecfcbis.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Application of Robert W. Seitzer, Chapter 7 Trustee

(the "Trustee"), to Employ Asterion, Inc. ("Asterion") as Accountants Pursuant to 11 U.S.C. § 327

and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that Asterion has no

interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to

be employed, and further that Asterion's retention is in the best interest of the creditors, it is hereby

**ORDERED** that:

1.    The Trustee is authorized to employ Asterion as accountants for the purpose of

providing the services as described in the Application and upon the terms and conditions therein

set forth.

2.    Asterion shall be entitled to be compensated for its services at the rates set forth in

the Application and exhibit, as well as reimbursement of out of pocket expenses.

3.    Asterion's fees are subject to and conditioned upon the approval of this Court

pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19

F. 3d 833 (3rd Cir. 1994).

**BY THE COURT:**

Dated: July 7, 2026

ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE