**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

# FIRST AND FINAL FEE APPLICATION OF ASTERION, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS ACCOUNTANTS TO THE TRUSTEE, FOR THE PERIOD JUNE 22, 2026 THROUGH AUGUST 17, 2026

Asterion, Inc. (the "Applicant"), accountants to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of NCK Equipment Co., Inc. (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

## Part A - Preliminary Statement

1. The Applicant is the accountant to the Trustee. On July 7, 2026, this Court entered an Order approving the Applicant's retention as accountant to the Trustee effective as of June 22, 2026.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. The Applicant seeks a final allowance and payment of compensation in the amount of $5,000.00 for accounting services rendered and $0.00 for reimbursement of actual and necessary expenses incurred during the service period of June 22, 2026 through August 17, 2026 (the "Service Period").

6. The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

**Part B - General Information**

1. **Period: June 22, 2026 through August 17, 2026**

First and Final Fee Application

| | Requested |
|---|---|
| Fees | $5,000.00 |
| Expenses | $0.00 |
| Total | $5,000.00 |

2. **General Information**

a. Date case filed: December 30, 2026

b. Date Trustee appointed: December 30, 2026

c. Date application to approve employment filed: June 22, 2026

d. Date employment approved: July 7, 2026

e. First date services rendered in this case: July 18, 2026

f. $5,000.00 of the compensation sought for accounting services and $0.00 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

g. This Application is for a period more than 120 days after the end of the period of the last Application.

3. **Prior Applications**

None.

4. **Accountants' Billing**

| | Per Hour |
|---|---|
| Principals and Managing Directors | \$325 - \$595/hour |
| Senior Consultants | \$225 - \$370/hour |
| Associates and Staff | \$100 - \$245/hour |

5. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

## Part C Billing Summary

1. Throughout this bankruptcy proceeding, the Applicant has provided 15.59 hours of services to the Trustee and is requesting a final award of fees in the amount of \$5,000.00. *See*, Exhibit "A".

2. Throughout this bankruptcy proceeding, the Applicant provided all services related to tax issues and wage withholding/payroll issues. The Applicant prepared, *inter alia*, wage withholding calculations and payroll tax returns.

## Part D - Expense Summary

1. The Applicant is seeking expenses in the amount of \$0.00. *See*, Exhibit "A".

## Part E - L.B.R. 2016-2(b) Statement

1. Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses. Concurrent with the filing of this Application, the Trustee is submitting his Final Report to the Office of the United States Trustee.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, the Applicant requests the entry of an Order granting the relief requested herein.

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE FOR THE ESTATE OF NCK EQUIPMENT CO., INC.**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Chapter 7 Trustee*

Dated: August 19, 2026