# **EXHIBIT "A"**

**Asterion, Inc.**
1617 JFK Boulevard
Suite 1040
Philadelphia, PA 19103

Phone: 215.893.9901 Fax: 215.893.9903
www.asterion-consulting.com
(EIN 26-3236276)

Invoice submitted to:
NCK Equipment
Robert Seitzer, Trustee
Karalis PC
1600 Spruce Street
Philadelphia, PA 19103

August 17, 2026

Invoice #14607

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/18/2026 | SJS | Advise<br>Advise re: Review information from Trustee. Determine withholding status for wage claims and review tax returns. Determined that NCK Equipment was a disregarded entity for tax purposes so no income tax returns were required, Withholding determinations made for review by staff, | 0.90<br>565.00/hr | 508.50 |
| 7/23/2026 | IB | Advise<br>Advise re: Calculate withholding taxes for Mark Hansen payroll check and assemble tax deposit amounts and methods of payment for employer tax requirements. | 1.70<br>195.00/hr | 331.50 |
| 7/30/2026 | SJS | Advise<br>Advise re: Follow up regarding tax witholding questions from Trustee. | 0.30<br>565.00/hr | 169.50 |
| 8/10/2026 | SJS | Advise<br>Advise re: Answer payroll withholding questions. | 0.20<br>565.00/hr | 113.00 |
| 8/16/2026 | SJS | Advise<br>Advise re: Review draft distribution and wage claim calculations. | 0.50<br>565.00/hr | 282.50 |
| 8/17/2026 | IB | Advise<br>Advise re: Prepare payroll tax returns and annual reporting | 7.90<br>195.00/hr | 1,540.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/17/2026 | SJS | Advise<br>Advise re: Payroll tax filings | 2.90<br>565.00/hr | 1,638.50 |
| | PS | Advise<br>Advise re: review payroll tax filings | 1.10<br>370.00/hr | 407.00 |
| | CH | Advise<br>Advise re:Payroll returns | 0.09<br>100.00/hr | 9.00 |
| | | **For professional services rendered** | **15.59** | **$5,000.00** |
| | | Balance due | | $5,000.00 |

Any retainer balance shown is held through the term of the engagement. Upon completion of the engagement, any unused portion of the retainer will be returned, without interest.