**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**NOTICE OF FIRST AND FINAL FEE APPLICATION OF ASTERION, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS ACCOUNTANTS TO THE TRUSTEE, FOR THE PERIOD JUNE 22, 2026 THROUGH AUGUST 17, 2026**

TO: ALL CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:

Asterion, Inc. (the "Applicant"), Accountants for the Trustee, has filed a First and Final Fee Application of Asterion, Inc. for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period June 22, 2026 through August 17, 2026 (the "Application"). The Applicant is seeking compensation for professional services rendered in the amount of $5,000.00 and reimbursement of expenses incurred in the amount of $0.00. The Applicant has not previously applied for allowance of compensation or allowance of expenses.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Application** or if you want the court to consider your views on the Application, then on or before **September 2, 2026, you or your attorney must file a response to the Application.** (*see Instructions on next page*).

3. **If you do not file a response to the Application,** the court may enter an order granting the relief requested in the Application.

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether a hearing has been scheduled.

5. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically**, you must file your response at

   Clerk
   United States Bankruptcy Court
   for the Eastern District of Pennsylvania
   Robert N.C. Nix Federal Bu Building
   900 Market Street, Suite 400
   Philadelphia, PA 19107

3. **If you mail your response** to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Application, you must mail or deliver a copy of the Response to the following:

   Robert W. Seitzer, Esquire
   Karalis PC
   1900 Spruce Street
   Philadelphia, PA 19103
   Phone No.: (215) 546-4500
   Fax No.: (215) 985-4175
   E-mail address: rseitzer@karalislaw.com
   Chapter 7 Trustee

Dated: August 19, 2026