**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**FIRST AND FINAL FEE APPLICATION OF KARALIS PC FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AS COUNSEL TO THE TRUSTEE, FOR THE PERIOD MARCH 17, 2026 THROUGH JULY 27, 2026**

Karalis PC (the "Applicant"), counsel to Robert W. Seitzer, Chapter 7 Trustee (the "Trustee") for the estate of NCK Equipment Co., Inc. (the "Debtor"), in accordance with Fed. R. Bankr. P. 2016, applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses (the "Application") and represents:

**Part A - Preliminary Statement**

1. On March 17, 2026, the Trustee filed an Application to Employ the Applicant as his bankruptcy counsel. By Order dated March 30, 2026, the Applicant was employed as the Trustee's bankruptcy counsel.

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Trustee, and not on behalf of any committee, creditor, or other person.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. The Applicant seeks a final allowance and payment of compensation in the amount of $3,507.50 for legal services rendered and $64.78 for reimbursement of actual and necessary

expenses incurred during the service period of March 17, 2026 through July 27, 2026 (the "Service Period").

6. The Trustee was given the opportunity to review the Application and has approved the amount requested herein.

**Part B - General Information**

1. **Period: March 17, 2026 through July 27, 2026**

First and Final Fee Application

| | Requested |
|---|---|
| Fees | $3,507.50 |
| Expenses | $ 64.78 |
| Total | $3,572.28 |

2. **General Information**

a. Date case filed: December 30, 2025

b. Date Trustee appointed: December 30, 2026

c. Date application to approve employment filed: March 17, 2026

d. Date employment approved: March 30, 2026

e. First date services rendered in this case: March 17, 2026

f. $3,507.50 of the compensation sought for legal services and $64.78 of the reimbursement sought for actual and necessary expenses incurred during the Service Period are proposed to be paid.

g. This Application is for a period greater than 120 days after the end of the period of the last Application.

3. **Prior Applications**

None

4. **Attorneys' Billing**

| NAME OF PROFESSIONAL | ADMITTED | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| Robert W. Seitzer | 2001 | 6.10 | $575 | $3,507.50 |
| **TOTAL** | | **6.10** | | **$3,507.50** |

5. **Paralegal Services**

No paralegal services were utilized.

6. **Billing Rates**

The billing rates set forth in this Application are the normal hourly rates charged by the Applicant for the services rendered.

**Part C Billing Summary**

1. **Description of Service -** The Applicant prepared a Complaint against TD Bank (the "Bank"), had telephone conferences and exchanged e-mails with the Bank's counsel and resolved the litigation. The Applicant also researched issues relating to wage claims.

2. The Applicant advised the Trustee with respect to all legal matters in connection with this bankruptcy case and performed the professional services detailed in Exhibit "A" which is attached hereto and made a part hereof. Detailed statements of the services are included in Exhibit "A" which lists the name of the professional or paraprofessional, date, activity, and time expended in connection with the services rendered.

**Part D - Expense Summary**

1. The Applicant has expended $64.78 for costs and expenses in connection with the representation of the Trustee during the Service Period. A detail of the costs and expenses is included in Exhibit "A".

**Part E - L.B.R. 2016-2(b) Statement**

1. Local Bankruptcy Rule 2016-2(b) is not applicable as the Applicant is seeking the entry of a final Order awarding compensation and reimbursement of expenses. Concurrent with the filing of this Application, the Trustee is submitting his Final Report to the Office of the United States Trustee.

**WHEREFORE**, the Applicant requests an award of $3,507.50 as reasonable compensation for the services rendered and $64.78 for reimbursement of expenses for a total of $3,572.28 for the period August 8, 2024 through July 27, 2026.

**Respectfully submitted,**

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Attorneys for the Trustee*

Dated: August 19, 2026