**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period March 17, 2026 through July 27, 2026 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $3,507.50 for services rendered and $64.78 for reimbursement of expenses for a total of $3,572.28.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: ____________________

____________________________________
ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE