# EXHIBIT "A"

July 27, 2026

Robert Seitzer

1900 Spruce Street
Philadelphia, PA 19103 USA

Attention:

MATTER: 6067-a
INVOICE: 2037

NCK Equipment Co., Inc.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Mar-17-26 | Letter to Admix, Inc. re: turnover of AR | 0.30 | 172.50 | RWS |
| | Prepared Complaint v. TD Bank | 0.70 | 402.50 | RWS |
| Mar-18-26 | Letter to TD Bank re: Summons & Complaint | 0.30 | 172.50 | RWS |
| Mar-24-26 | Telephone conference with Rizzo re: Admix AR | 0.30 | 172.50 | RWS |
| Apr-17-26 | Telephone conference with Nord re: TD Bank adversary | 0.30 | 172.50 | RWS |
| | Prepared email to Nord re: TD Bank adversary | 0.20 | 115.00 | RWS |
| Apr-23-26 | Prepared (2) emails to Nord re: TD Bank adversary | 0.10 | 57.50 | RWS |
| Apr-29-26 | Prepared Request for Entry of Default re: TD Bank adversary | 0.30 | 172.50 | RWS |
| Apr-30-26 | Prepared Motion for Default Judgment v. TD Bank re: adversary | 0.80 | 460.00 | RWS |
| May-05-26 | Prepared email to Murphy re: TD Bank adversary | 0.10 | 57.50 | RWS |
| May-13-26 | Prepared email to Murphy re: TD Bank adversary | 0.10 | 57.50 | RWS |
| May-19-26 | Research re: Hansen priority claim issues | 1.30 | 747.50 | RWS |
| | Prepared Praecipe to Withdraw Motion for Default Judgment re: TD Bank | 0.20 | 115.00 | RWS |

| | | | | |
|---|---|---|---|---|
| | Prepared Notice of Dismissal of TD Bank adversary | 0.20 | 115.00 | RWS |
| Jun-19-26 | Telephone conference with Scherf re: tax issues & wage claims | 0.20 | 115.00 | RWS |
| Jul-08-26 | Prepared (2) emails to Scherf re: tax & wage issues | 0.30 | 172.50 | RWS |
| | Telephone conference with Scherf re: tax issues | 0.20 | 115.00 | RWS |
| Jul-20-26 | Telephone conference with Scherf re: tax consequences with estate administration | 0.20 | 115.00 | RWS |
| | Totals | 6.10 | $3,507.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Robert W. Seitzer | 6.10 | $575.00 | $3,507.50 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Correspondence - Copy Charge | 2.40 |
| | Complaint - Copy Charge | 1.60 |
| | Adversary Proceedings - Copy Charge | 3.20 |
| | Certificate of No Objection - Copy Charge | 1.20 |
| | Motion - Copy Charge | 6.80 |
| | Notice - Copy Charge | 4.80 |
| | Fee Application - Copy Charge | 5.00 |
| Mar-17-26 | Mail - Correspondence - 1 - NCK | 0.74 |
| Mar-18-26 | Mail - Correspondence - 1 - NCK | 0.74 |
| | Mail - Correspondence - 1 - NCK - Cert/RRR | 10.44 |
| Apr-29-26 | Mail - Adversary Proceedings - 2 - NCK | 2.06 |
| Apr-30-26 | Mail - Motion - 1 - NCK | 1.03 |
| | Mail - Motion - 1 - Cert/RRR - NCK | 10.73 |
| Jul-27-26 | Mail - Correspondence - 6 - NCK | 4.68 |
| | Mail - Notice - 12 - NCK | 9.36 |

| | |
|---|---|
| Totals | $64.78 |

**Balance Due Now** **$3,572.28**