**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **CHAPTER 7** |
| **NCK EQUIPMENT CO., INC.** | **BANKRUPTCY NO. 25-15260 (AMC)** |
| **Debtor** | |

**CERTIFICATION OF SERVICE**

I, Robert W. Seitzer, Esquire, certify that on August 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period March 17, 2026 through July 27, 2026 (the "Application") and
- Notice of the Application.

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: August 19, 2026

Mailing List Exhibit attached hereto:

**VIA ECF TRANSMISSION**

John Schanne, Esquire
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
*Counsel to the U.S. Trustee*

Michael A. Cibik, Esquire
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
*Counsel to the Debtor*

Karen H. Cook, Esquire
Masano Bradley
875 Berkshire Boulevard, Suite 100
Wyomissing, PA 19610
*Counsel to Misco Products Corporation*

**VIA E-MAIL**

Asterion, Inc.
Attn: Stephen J. Scherf
1617 JFK Boulevard, Suite 1040
Philadelphia, PA 19103
sscherf@asterion-consulting.com
*Accountant to the Chapter 7 Trustee*