**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**CERTIFICATION OF SERVICE**

I, Robert W. Seitzer, Esquire, certify that on August 19, 2026, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of First and Final Fee Application of Karalis PC for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period March 17, 2026 through July 27, 2026.

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER

*Attorneys for the Trustee*

Dated: August 19, 2026

Mailing List Exhibit attached hereto:

**VIA U.S. FIRST CLASS MAIL ON THE FOLLOWING CREDITORS**

David's Cookies
28 Industrial Rd
Fairfield, NJ 07004

Design Plastic Systems
2560 Boulevard of the Generals
Norristown, PA 19403

G&F Manufacturing
5555 W 109th Street
Oak Lawn, IL 60453

GEA Tuchenhagen
9165 Rumsey Road
Columbia, MD 21045

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit Inc.
2700 Coast Avenue
Mountain View, CA 94043

Mark Hanson
1540 Duff Land Drive
Landisville, PA 17538-1343

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pentair Flow Technologies, LLC
5500 Wayzata Boulevard Suite 900
Minneapolis, MN 55416

Protectoplas
3500 Crane Center Drive
Streetsboro, OH 44241

Sterling
5500 Interstate North Parkway Suite 515
Atlanta, GA 30328