**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **NCK EQUIPMENT CO., INC.** | : | **BANKRUPTCY NO. 25-15260 (AMC)** |
| | : | |
| **Debtor** | : | |
| | : | |

**ORDER**

**AND NOW**, upon consideration of the First and Final Fee Application of Asterion, Inc. (the "Applicant") for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period June 22, 2026 through August 17, 2026 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $5,000.00 for services rendered and $0.00 for reimbursement of expenses for a total of $5,000.00.

3. The amount awarded herein is hereby made final.

**BY THE COURT:**

Dated: Sept. 11, 2026

ASHELY M. CHAN,
CHIEF U.S. BANKRUPTCY JUDGE