**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re: NCK Equipment Co., Inc. | § | Case No. 25-15260 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 12/30/2025. The undersigned trustee was appointed on 01/09/2026.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of $ 152,982.86

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 875.91 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 152,106.95 |

The remaining funds are available for distribution.

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/22/2026 and the deadline for filing governmental claims was 06/28/2026. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,899.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,899.14, for a total compensation of $10,899.14[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/22/2026

By: /s/ Robert Seitzer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1

# Individual Estate Property Record and Report

# Asset Cases



**Case No.:** 25-15260
**Case Name:** NCK Equipment Co., Inc.
**For Period Ending:** 09/22/2026

**Trustee Name:** (580270) Robert Seitzer
**Date Filed (f) or Converted (c):** 12/30/2025 (f)
**§ 341(a) Meeting Date:** 02/02/2026
**Claims Bar Date:** 06/22/2026

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | ACCOUNTS RECEIVABLE | 141,657.00 | 141,657.00 | | 102,241.16 | FA |
| 2 | TD Bank Account<br>petition value ($473.31)<br>original Trustee value was zero yet funds were able to be collected | 0.00 | 0.00 | | 50,741.70 | FA |
| 3 | Intuit QuickBooks Checking provided by Green Dot Bank | 90.70 | 90.70 | | 0.00 | FA |
| 4 | TD Bank Savings | 0.21 | 0.21 | | 0.00 | FA |
| **4** | **Assets Totals (Excluding unknown values)** | **$141,747.91** | **$141,747.91** | | **$152,982.86** | **$0.00** |

**Major Activities Affecting Case Closing:**

6/26 accountant being retained
adversary filed for turnover of bank funds; funds rec'd

**Initial Projected Date Of Final Report (TFR):** 09/17/2026

**Current Projected Date Of Final Report (TFR):** 08/18/2026 (Actual)

# Form 2

**Exhibit B**



# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 25-15260 | **Trustee Name:** | Robert Seitzer (580270) |
| **Case Name:** | NCK Equipment Co., Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***3274 | **Account #:** | ******9678 Checking |
| **For Period Ending:** | 09/22/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/26 | {1} | ADMIX Inc. | Payment in full of outstanding AR owed by ADMIX Inc. | 1121-000 | 102,241.16 | | 102,241.16 |
| 04/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 163.86 | 102,077.30 |
| 05/14/26 | {2} | TD Bank | Close out of TD Bank Account | 1129-000 | 50,741.70 | | 152,819.00 |
| 05/29/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 198.81 | 152,620.19 |
| 06/30/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 260.91 | 152,359.28 |
| 07/31/26 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 252.33 | 152,106.95 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **152,982.86** | **875.91** | **$152,106.95** |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | **152,982.86** | **875.91** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$152,982.86** | **$875.91** | |

# Form 2

Exhibit B
Page: 2

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 25-15260 | **Trustee Name:** | Robert Seitzer (580270) |
| **Case Name:** | NCK Equipment Co., Inc. | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***3274 | **Account #:** | ******9678 Checking |
| **For Period Ending:** | 09/22/2026 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $152,982.86 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $152,982.86 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---|---|---|
| ******9678 Checking | $152,982.86 | $875.91 | $152,106.95 |
| | **$152,982.86** | **$875.91** | **$152,106.95** |

Printed: 09/22/2026 11:28 AM



# Exhibit C

## Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ACCTEXP | ASTERION, INC.<br><3992-00 Other Professional's Expenses>, 200 | Admin Ch. 7<br>07/30/26 | Order to employ, dkt 22 | $ 0.00 | $0.00 | $0.00 |
| ACCTFEE | ASTERION, INC.<br><3410-00 Accountant for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/30/26 | Order to employ, dkt 22 | $ 5,000.00 | $0.00 | $5,000.00 |
| ATTYEXP | Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3120-00 Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>08/10/26 | Order to employ dkt 16 | $ 64.78 | $0.00 | $64.78 |
| ATTYFEE | Karalis PC<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><3110-00 Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>08/10/26 | Order to employ dkt 16 | $ 3,507.50 | $0.00 | $3,507.50 |
| CLERK | Clerk, US Bankruptcy Court<br><2700-00 Clerk of the Court Costs>, 200 | Admin Ch. 7<br>07/30/26 | Adv. No. 26-00125 | $ 350.00 | $0.00 | $350.00 |

# Exhibit C

## Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Robert Seitzer<br>1900 Spruce Street<br>Philadelphia, PA 19103<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>07/28/26 | | $ 10,899.14 | $0.00 | $10,899.14 |
| | Internal Revenue Service<br><br><5300-00 Wages - § 507(a)(4)>, 510<br>[Employee SS/Medicare Distribution:<br>Claim 3 $ 8,487.65 Mark Hanson<br>Claim 4 $ 1,115.64 Mark Hanson<br>[ | Priority Unsecured | | $ 9,603.29 | $0.00 | $9,603.29 |
| | Internal Revenue Service<br><br><5300-00 Wages - § 507(a)(4)>, 510<br>[Employee Federal Withholding Distribution:<br>Claim 3 $ 13,313.96 Mark Hanson<br>Claim 4 $ 1,750.02 Mark Hanson<br>[ | Priority Unsecured | | $ 15,063.98 | $0.00 | $15,063.98 |

# Exhibit C

## Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Internal Revenue Service<br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured | | $ 9,603.29 | $0.00 | $9,603.29 |
| | Internal Revenue Service<br><5300-00 Wages - § 507(a)(4)>, 510<br>[Employee Federal Withholding Distribution:<br>Claim 3 $ 15.00 Mark Hanson<br>Claim 4 $ 15.00 Mark Hanson<br>[ | Priority Unsecured | | $ 30.00 | $0.00 | $30.00 |
| | Lancaster County Tax Collection bureau<br><5300-00 Wages - § 507(a)(4)>, 510<br>[Employee Lancaster Income Tax Distribution:<br>Claim 3 $ 1,109.50 Mark Hanson<br>Claim 4 $ 145.84 Mark Hanson<br>[ | Priority Unsecured | | $ 1,255.34 | $0.00 | $1,255.34 |

# Exhibit C

# Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | PA Department of Revenue<br><br><5300-00 Wages - § 507(a)(4)>, 510<br>[Employee PA Department of Revenue Distribution:<br>Claim 3 $ 3,406.16 Mark Hanson<br>Claim 4 $ 447.71 Mark Hanson<br>[ | Priority Unsecured | | $ 3,853.87 | $0.00 | $3,853.87 |
| 1P | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-00 Claims of Governmental Units - § 507(a)(8)>, 570 | Priority Unsecured<br>04/27/26 | valid | $ 14,003.18 | $0.00 | $14,003.18 |
| 1PEN | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7300-00 Fines, Penalties - § 726(a)(4)>, 630 | Unsecured<br>04/27/26 | valid-penalties | $ 5,128.00 | $0.00 | $5,128.00 |
| 2 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>1 Revenue Pl<br>Harrisburg, PA 17129-0001<br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | Secured<br>05/12/26 | valid | $ 8,362.24 | $0.00 | $8,362.24 |

# Exhibit C

## Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Mark Hanson<br>Re: Bankruptcy<br>1540 Duff Land Dr<br>Landisville, PA 17538-1343<br><5300-00 Wages - § 507(a)(4)>, 610<br>[Gross Wage $110949.70 Less Taxes = Net $84617.43 SS/Medicare $8487.65 Federal Withholding $13313.96 Federal Withholding $15.00 PA Department of Revenue $3406.16 Lancaster Income Tax $1109.50] | Priority Unsecured<br>05/18/26 | valid | $ 110,949.70 | $0.00 | $110,949.70 |
| 4 | Mark Hanson<br>Re: Bankruptcy<br>1540 Duff Land Dr<br>Landisville, PA 17538-1343<br><5300-00 Wages - § 507(a)(4)>, 510<br>[Gross Wage $14583.50 Less Taxes = Net $11109.29 SS/Medicare $1115.64 Federal Withholding $1750.02 Federal Withholding $15.00 PA Department of Revenue $447.71 Lancaster Income Tax $145.84] | Priority Unsecured<br>05/18/26 | valid | $ 14,583.50 | $0.00 | $14,583.50 |
| 5 | MISCO PRODUCTS CORPORATION<br>1048 STINSON DRIVE<br>READING, PA 19605<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/19/26 | valid | $ 16,590.62 | $0.00 | $16,590.62 |
| 6 | MISCO PRODUCTS CORPORATION<br>1048 STINSON DRIVE<br>READING, PA 19605<br><7100-00 General Unsecured - § 726(a)(2)>, 610 | Unsecured<br>06/22/26 | valid | $ 36,442.80 | $0.00 | $36,442.80 |

## Exhibit C

## Claims Register

**Case: 25-15260 NCK Equipment Co., Inc.**

**Claims Bar Date:** 6/22/26 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | **Case Total:** | $0.00 | $265,291.23 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 25-15260
Case Name: NCK Equipment Co., Inc.
Trustee Name: Robert Seitzer

**Balance on hand:** $ 152,106.95

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Pennsylvania Department of Revenue | 8,362.24 | 8,362.24 | 0.00 | 8,362.24 |

Total to be paid to secured creditors: $ 8,362.24
Remaining balance: $ 143,744.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 10,899.14 | 0.00 | 10,899.14 |
| Attorney for Trustee Fees - Karalis PC | 3,507.50 | 0.00 | 3,507.50 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Attorney for Trustee, Expenses - Karalis PC | 64.78 | 0.00 | 64.78 |
| Accountant for Trustee Fees (Other Firm) - ASTERION, INC. | 5,000.00 | 0.00 | 5,000.00 |
| Other Professional's Expenses - ASTERION, INC. | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 19,821.42
Remaining balance: $ 123,923.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 123,923.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $149,139.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 14,003.18 | 0.00 | 14,003.18 |
| 3 | Mark Hanson | 110,949.70 | 0.00 | 62,847.59 |
| 4 | Mark Hanson | 14,583.50 | 0.00 | 14,583.50 |
| | Internal Revenue Service | 9,603.29 | 0.00 | 9,603.29 |

Total to be paid for priority claims: $ 101,037.56
Remaining balance: $ 22,885.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,033.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | MISCO PRODUCTS CORPORATION | 16,590.62 | 0.00 | 7,159.42 |
| 6 | MISCO PRODUCTS CORPORATION | 36,442.80 | 0.00 | 15,726.31 |

Total to be paid for timely general unsecured claims: $ 22,885.73
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,128.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1PEN | Internal Revenue Service | 5,128.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |