UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| NCK Equipment Co., Inc. | Chapter 7 |
| Debtor(s) | Case No. 25-15260 |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this ______ day of ____________ 20___, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $10,899.14 is reasonable compensation for the services in this case by ROBERT SEITZER, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

__________________________________
ASHELY M. CHAN
United States Bankruptcy Judge