United States Bankruptcy Court
Eastern District of Pennsylvania

In re: NCK Equipment Co., Inc.
Debtor

Case No. 25-15260-amc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: pdf901 Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NCK Equipment Co., Inc., 100 Parcview Place, Apt. 422, Somerville, NJ 08876-3070 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| acc | + | Asterion, Inc., 1617 JFK Boulevard, Suite 1040, Philadelphia, PA 19103-1810 |
| 15088325 | + | David's Cookies, 28 Industrial Rd, Fairfield, NJ 07004-3024 |
| 15088326 | + | Design Plastic Systems, 2560 Boulevard of the Generals, Norristown, PA 19403-3657 |
| 15088327 | + | G&F Manufacturing, 5555 W 109th Street, Oak Lawn, IL 60453-5070 |
| 15088328 | + | GEA Tuchenhagen, PO Box 07101-5060 |
| 15156144 | + | MISCO PRODUCTS CORPORATION, 1048 STINSON DRIVE, READING, PA 19605-9440 |
| 15088331 | | Mark Hanson, Re: Bankruptcy, 1540 Duff Land Dr, Landisville, PA 17538-1343 |
| 15156619 | + | Misco Products Corporation, c/o Karen H. Cook, Esquire, Masano & Bradley, 875 Berkshire Boulevard, Suite 100, Wyomissing, Pennsylvania 19610-1246 |
| 15088332 | + | Misco Products, Corp., Re: Bankruptcy, 1048 Stinson Dr, Reading, PA 19605-9440 |
| 15088334 | + | Pentair Flow Technologies, LLC, 5500 Wayzata Boulevard Suite 900, Minneapolis, MN 55416-3573 |
| 15088336 | + | Sterling, 5500 Interstate North Parkway Suite 515, Atlanta, GA 30328-5835 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15088330 | Email/Text: bankruptcy_Resolutions@intuit.com | Nov 03 2026 00:55:00 | Intuit Inc., Re: Bankruptcy, 2700 Coast Avenue, Mountain View, CA 94043 |
| 15088329 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2026 00:55:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15088333 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2026 00:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MISCO PRODUCTS CORPORATION, 1048 Stinson Drive, Reading, PA 19605-9440 |
| 15088335 | ##+ | Protectoplas, 3500 Crane Center Drive, Streetsboro, OH 44241-5074 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KAREN H. COOK | on behalf of Creditor MISCO PRODUCTS CORPORATION kcook@masanobradley.com JHolguin@masanobradley.com |
| MICHAEL A. CIBIK | on behalf of Debtor NCK Equipment Co. Inc. help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Plaintiff Robert W. Seitzer rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Attorney Karalis PC rseitzer@karalislaw.com jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | on behalf of Accountant Asterion Inc. rseitzer@karalislaw.com, jhysley@karalislaw.com;PA93@ecfcbis.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

| | | |
|---|---|---|
| In re: NCK Equipment Co., Inc. | § | Case No. 25-15260 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert Seitzer, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
900 Market Street
Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 12/02/2026 in Courtroom 4, United States Bankruptcy Court Courthouse, 900 Market Street, Philadelphia, PA 19107. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date mailed: 10/31/2026

By: /s/ Robert W. Seitzer
Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Philadelphia DIVISION**

In re: NCK Equipment Co., Inc. § Case No. 25-15260
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of :* | $ | 152,982.86 |
| *and approved disbursements of:* | $ | 875.91 |
| *leaving a balance on hand of*[1]*:* | $ | 152,106.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Pennsylvania Department of Revenue | 8,362.24 | 8,362.24 | 0.00 | 8,362.24 |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 8,362.24 |
| Remaining balance: | $ | 143,744.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert Seitzer | 10,899.14 | 0.00 | 10,899.14 |
| Attorney for Trustee Fees - Karalis PC | 3,507.50 | 0.00 | 3,507.50 |
| Attorney for Trustee, Expenses - Karalis PC | 64.78 | 0.00 | 64.78 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Accountant for Trustee Fees (Other Firm) - ASTERION, INC. | 5,000.00 | 0.00 | 5,000.00 |
| Other Professional's Expenses - ASTERION, INC. | 0.00 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses: | $ | 19,821.42 |
| Remaining balance: | $ | 123,923.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 123,923.29 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $149,139.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 14,003.18 | 0.00 | 14,003.18 |
| 3 | Mark Hanson | 110,949.70 | 0.00 | 62,847.59 |
| 4 | Mark Hanson | 14,583.50 | 0.00 | 14,583.50 |
| | Internal Revenue Service | 9,603.29 | 0.00 | 9,603.29 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 101,037.56 |
| Remaining balance: | $ | 22,885.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $53,033.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | MISCO PRODUCTS CORPORATION | 16,590.62 | 0.00 | 7,159.42 |
| 6 | MISCO PRODUCTS CORPORATION | 36,442.80 | 0.00 | 15,726.31 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,885.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $5,128.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1PEN | Internal Revenue Service | 5,128.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared by: /s/ Robert W. Seitzer
Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.